UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
FELIX PERERO,

          Plaintiff,

  -against-

FOOD JUNGLE, INC., et al.,

          Defendants.
----------------------------------------------------------------X
EDGARD ELVIR,

          Plaintiff,

  -against-

FOOD JUNGLE, INC., et al.,

          Defendants.
----------------------------------------------------------------X
MANUEL CICERON PERERO,

          Plaintiff,

  -against-

FOOD JUNGLE, INC.,

          Defendants.
----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 19 2006 ★
BROOKLYN OFFICE

JUDGMENT

05-CV- 4347 (JG)

05-CV- 5169 (JG)

05-CV- 5170 (JG)

        An Order of Honorable John Gleeson, United States District Judge, having been filed on September 12, 2006, adopting the Report and Recommendation of Magistrate Judge Cheryl L. Pollak, dated August 7, 2006 and, in addition, noting that there were no objections filed, accordingly; it is

JUDGMENT
05-CV-4347 (JG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Cheryl L. Pollak is adopted; and that judgment is hereby entered in favor of plaintiffs and against defendant; and that plaintiff, Felix Perero is awarded the total sum of $8,418.20; that plaintiff, Manuel Ciceron Perero is awarded the total sum of $7,528.73; and that plaintiff, Edgar Elvir, is awarded the total sum of $8,416.20.

Dated: Brooklyn, New York
       September 15, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court